UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ERICA GRAVES,

       Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.

_____/

Case No. 22-cv-10453
Hon. Matthew F. Leitman

### ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Upon review of the Parties' Stipulation to Extend the Deadline for the Filing of Dismissal of Defendant Experian Information Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The Parties shall file the Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. on or before November 21, 2022.

**IT IS SO ORDERED.**

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: October 24, 2022